## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS P. MADDEN, JR.,

        Plaintiff,

        v.

PHILADELPHIA PARKING
AUTHORITY, et al.,

        Defendants.

CIVIL ACTION

No. 09-5846

## <u>ORDER</u>

**AND NOW**, this 19th day of July, 2010, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Plaintiff's equal protection claims against defendants Philadelphia Parking Authority ("PPA") and the City of Philadelphia are dismissed without prejudice, and the motions to dismiss filed by defendants PPA and the City of Philadelphia (Docket Nos. 7 and 8) are **GRANTED**;

(2) Plaintiff's Motion to Get the Dismiss[al] Overturn[ed] and the Judgment Signed (Docket No. 19), construed in relevant part as a motion for reconsideration, is **DENIED**; and

(3) Plaintiff may file an amended complaint properly stating an equal protection claim no later than July 28, 2010.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.