UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANCIS P. MADDEN, JR., <br><br> Plaintiff, <br><br> v. <br><br> PHILADELPHIA PARKING AUTHORITY, et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 09-5846 |

# **ORDER**

**AND NOW**, this 2nd day of August, 2010, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**, and the Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.